IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DOROTHY MINIX,

          Plaintiff,

v.                      CIVIL ACTION NO.  2:12-cv-01894

ETHICON WOMEN'S HEALTH AND UROLOGY,
et al.,

          Defendants.

MEMORNADUM OPINION AND ORDER

On May 5, 2020, I entered an order directing plaintiff to show cause on or before May 19, 2020, why her case should not be dismissed without prejudice as to the remaining defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:  May 21, 2020

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE